**FORM 9A. Notice of Related Case Information**

**Form 9A (p. 1)**
**March 2023**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>NOTICE OF RELATED CASE INFORMATION</u>

**Case Number**   26-1471

**Short Case Caption**   Entropic Communications, LLC v. Comcast Cable Communications, LLC

**Filing Party/Entity**   Entropic Communications, LLC

---

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

---

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Entropic Communications, LLC v. Cox Communications, Inc. et al.,
Case No. 2:23-cv-01049 (C.D. Cal.).

☐   Additional pages attached

**FORM 9A. Notice of Related Case Information**

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties.   Do not relist the case information.   Fed. Cir. R. 47.5(b)(2)(A).

---

Comcast Cable Communications Management, LLC

Comcast Cable Communications, LLC

Comcast Corporation

Cox Communications California, LLC

Cox Communications, Inc.

CoxCom, LLC

Entropic Communications, LLC

MaxLinear, Inc.

---

☐    Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates.     Do not relist case information and party names.  Fed. Cir. R. 47.5(b)(2)(B).

---

(See Attachment)

---

☑    Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 03/10/2026

Signature: /s/ Jason A. Engel

Name: Jason A. Engel

**Attachment to Notice of Related Case Information**

| | |
|---|---|
| **Case Number:** | 26-1471 |
| **Short Case Caption:** | Entropic Communications, LLC v. Comcast Cable Communications, LLC |
| **Filing Party/Entity:** | Entropic Communications, LLC |

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

**Banner & Witcoff, Ltd.:**
Steve S. Chang
Frederic M. Meeker
Paul T. Qualey

**Bridges IP Consulting:**
Kenneth Bridges

**Davis Polk and Wardwell LLP:**
Micah G. Block
Christina Costello
David J. Lisson
James Youngmin Park
Ashok Ramani

**Goldman Ismail Tomaselli Brennan and Baum LLP:**
Xaviere N. Giroud
Kurt A. Holtzman
Katherine P. Kieckhafer
Alan E. Littmann
Ethan Perbohner
Michael T. Pieja
Douglas Jordan Winnard

**K&L Gates LLP:**
Rachel Berman
Jason A. Engel
Nathan J. Fuller
Vincent Galluzzo
Christina Goodrich
Nicholas F. Lenning
Connor Meggs
James A. Shimota
Cassidy Stewart

**Kilpatrick Townsend and Stockton LLP:**
Rishi Gupta
Vaibhav P. Kadaba
Christopher S. Leah
Andrew N. Saul
Sharon R. Smith
Mitchell G. Stockwell
Michael J. Turton

**King and Spalding:**
Brian E. Ferguson

**Olson Stein LLP:**
David M. Stein

**Walker Stevens Cannom LLP:**
Hannah Lynn Cannom
Bethany M. Stevens

**Winston and Strawn LLP:**
Louis Lloyd Campbell
Claire Dial
Brian E. Ferguson
Diana Hughes Leiden
Krishnan Padmanabhan
Saranya Raghavan

**Yocca Law Firm LLP:**
Jared Glicksman
Paul Kim
Mark W Yocca