FORM 26. Docketing Statement                                           Form 26
                                                                       December 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 26-1471

**Short Case Caption:** Entropic Communications, LLC v. Comcast Cable Communications, LLC

**Filing Party:** Entropic Communications, LLC

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

| Issues to be raised on appeal: |
|---|
| (See Attachment) |

| Relief awarded below (if damages, specify):   ☐ None/Not Applicable |
|---|
| The Patent Trial and Appeal Board determined that claims 1-3, 6-10, 14-18, and 22-24 of U.S. Patent No. 8,284,690 are unpatentable. |

| Briefly describe the judgment/order appealed from: |
|---|
| Final Written Decision determining claims 1-3, 6-10, 14-18, and 22-24 of U.S. Patent No. 8,284,690 are unpatentable. The Decision Granting-in-Part Petitioner's Request on Rehearing of the Final Written Decision. |

| Nature of Judgment (select one:) | Date of Judgment: 12/23/2025 |
|---|---|
| ☒ Final Judgment, 28 USC § 1295<br>☐ Rule 54(b)<br>☐ Interlocutory Order (specify type) _____<br>☐ Other (explain) _____ | |

Date: 3/10/2026                    Signature: /s/ Jason A. Engel

                                   Name: Jason A. Engel

# Attachment to Docketing Statement

| | |
|---|---|
| **Case Number:** | 26-1471 |
| **Short Case Caption:** | Entropic Communications, LLC v. Comcast Cable Communications, LLC |
| **Filing Party/Entity:** | Entropic Communications, LLC |

Issues to be raised on appeal:

(1)   Whether the Patent Trial and Appeal Board (the "Board") erred in determining that claims 1-3, 6-10, 14-18, and 22-24 of U.S. Patent No. 8,284,690 are unpatentable;

(2)   the Board's constructions of the claim terms "probe" and "physical layer probe;" and

(3)   the Board's determination that the Ranging Request in IEEE-802.16 specifies a content payload for the Ranging Response and the Board's related construction of the claim term "specify."