**United States Patent and Trademark Office**

*Office of the General Counsel*
*Office of the Solicitor*

November 16, 2026

Hon. Jarrett B. Perlow
Clerk of the Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

**NOTICE OF WITHDRAWAL OF DIRECTOR'S COUNSEL**

The Director of the United States Patent and Trademark Office ("Director") hereby provides the Court with notice that Nicholas T. Matich is withdrawing as counsel for the Director in all pending appeals in which he has filed entries of appearance. All other counsel of record will continue to represent the Director in all pending appeals.

Respectfully submitted,

*/s/ Peter J. Sawert*

PETER J. SAWERT
Associate Solicitor
U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, Virginia 22313-1450
Tel: (571) 272-9035